JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD SCOTT, | Case No. CV 16-1152-JVS (KK) |
|         Plaintiff, | |
|         v. | JUDGMENT |
| I. JIMENEZ, | |
|         Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: April 18, 2018

_____
HONORABLE JAMES V. SELNA
United States District Judge